THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of C.D., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C20-1041-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a complaint July 2, 2020 (Dkt. No. 1) and the Court issued summons July 15, 2020 (Dkt. No. 9). Yet Plaintiffs have not filed proof of service pursuant to Fed. R. Civ. P. 4(l)(1). Plaintiffs are ORDERED to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m). Their response is due within fourteen (14) days of this order.

The Clerk is DIRECTED to send a copy of this order to Plaintiffs.

//
//
//

DATED this 18th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk