THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of C.D., a minor,<br><br>Plaintiffs,<br>   v.<br><br>NORTHSHORE SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C20-1041-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' response to the Court's Order to Show Cause (Dkt. No. 14). Plaintiffs have shown good cause for an extension of the time for service pursuant to Fed. R. Civ. P. 4(m). Accordingly, the deadline for service of process is extended to sixty (60) days from the date of this order.

DATED this 3rd day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk