THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of C.D., a minor,<br><br>PlaintiffS,<br>v.<br><br>NORTHSHORE SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C20-1041-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from initial case scheduling deadlines and to set a briefing schedule (Dkt. No. 18). Finding good cause, the motion is GRANTED. The parties are relieved from the initial case scheduling deadlines provided in Docket Number 13 and the Court ORDERS that the briefing schedule for resolution of Plaintiffs' appeal be set forth as follows:

- Plaintiffs' Opening Motion:  due 45 days after the certification of the administrative record, not to exceed 40 pages;
- Defendant's Opposition and Cross-Motion:  due 30 days after Plaintiffs' Opening Motion, not to exceed 40 pages;

MINUTE ORDER
C20-1041-JCC
PAGE - 1

- Plaintiffs' Opposition and Reply: due 20 days after Defendant's Opposition and Cross-Motion, not to exceed 20 pages; and

- Defendant's Reply: due 20 days after Plaintiffs' Opposition and Reply, not to exceed 20 pages.

All briefing related to attorney fees is stayed pending the resolution of the merits of Plaintiffs' appeal.

DATED this 11th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
