THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of C.D., a minor,<br><br>Plaintiffs,<br>    v.<br><br>NORTHSHORE SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C20-1041-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for extension of relief from a deadline (Dkt. No. 25.) Finding good cause, the motion is GRANTED. Defendant's reply is due August 6, 2021 and the Clerk is DIRECTED to renote Docket Numbers 20 and 24 to August 6, 2021.

DATED this 29th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1041-JCC
PAGE - 1